| | |
|---|---|
| 1 | **MATTHEW Q. CALLISTER, ESQ.** |
| | Nevada Bar No. 1396 |
| 2 | **MITCHELL S. BISSON, ESQ.** |
| | Nevada Bar No. 011920 |
| 3 | **CALLISTER LAW GROUP** |
| | 330 E. Charleston Blvd., Suite 100 |
| 4 | Las Vegas, NV 89104 |
| | Tel No.: (702) 385-3343 |
| 5 | Fax No.: (702) 385-2899 |
| | Email:  mqc@callcallister.com |
| 6 | mbisson@callcallister.com |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| **SHONDELL PITTS**, individually and as legal guardian of **P.P.**; <br><br> Plaintiffs <br><br> vs. <br><br> **LAS VEGAS METROPOLITAN POLICE DEPARTMENT**, a political subdivision of Clark County, Nevada; **JOSEPH LOMBARDO**, Sheriff of Clark County, Nevada; **DAVID NESHEIWAT**, individually and in his official capacity; **FUELZONE MART 2, LLC**, a Nevada limited liability company; **DOE CLERK**, an individual; DOES 1 through 10; <br><br> Defendants | Case No.: 2:19-cv-01974-JCM-VCF <br><br><br> **STIPULATION AND ORDER TO EXTEND FILING DEADLINES** |

      The parties, Plaintiffs SHONDELL PITTS, individually and as legal guardian of P.P (hereinafter "Plaintiffs"), and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO and DAVID NESHEIWAT ( hereinafter "Defendants"), by and through their respective counsels of record, hereby stipulate to extend the deadlines to respond to Defendants' Motion for Partial Dismissal (Document 7), which was entered on February 11, 2020.

      Plaintiffs' counsel was unexpectedly called away to prepare for and attend

depositions. Plaintiffs and Defendants hereby stipulate to extend the deadline for Plaintiffs to respond to Defendants' Motion for Partial Dismissal (Document 7) from February 25, 2020 to **March 3, 2020**.

Accordingly, it is hereby respectfully requested that this Court enter an Order according to the Stipulation as set forth herein, extending the time for Plaintiff to respond to Defendants' Motion for Partial Dismissal (Document 7) to **March 3, 2020**.

DATED this 24th day of February, 2020.

**CALLISTER LAW GROUP**

/s/ *Mitchell S. Bisson*
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
330 E. Charleston Boulevard, Suite 100
Las Vegas, NV 89104
*Attorney for Plaintiffs*

DATED this 24th day of February, 2020.

**MARQUIS AURBACH COFFING**

/s/ *Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: February 25, 2020