**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 1396
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
**CALLISTER LAW GROUP**
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel No.: (702) 385-3343
Fax No.: (702) 385-2899
Email:    mqc@callcallister.com
             mbisson@callcallister.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| **SHONDELL PITTS**, individually and as legal guardian of **P.P.**;<br><br>                Plaintiffs,<br><br>vs.<br><br>**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**, a political subdivision of Clark County, Nevada; **JOSEPH LOMBARDO**, Sheriff of Clark County, Nevada; **DAVID NESHEIWAT**, individually and in his official capacity; **FUELZONE MART 2, LLC**, a Nevada limited liability company; **DOE CLERK**, an individual; DOES 1 through 10;<br><br>                Defendants. | Case No.: 2:19-cv-01974-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND FILING DEADLINES** |

The parties, Plaintiffs SHONDELL PITTS, individually and as legal guardian of P.P (hereinafter "Plaintiffs"), and Defendant, FUELZONE MART 2, LLC (hereinafter "Defendant"), by and through their respective counsels of record, hereby stipulate to extend the deadlines to respond to Defendant's Motion to Dismiss Complaint (Document 16), which was entered on March 26, 2020.

Due to the world's recent pandemic, and Governor Sisolak's stay at home order, Plaintiffs' counsel recently shut down their physical office and counsel is now working

remotely.  Due to the delay in setting up remote office spaces, Plaintiffs and Defendants hereby stipulate to extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss Complaint (Document 16) from April 9, 2020 to **April 16, 2020**.

Accordingly, it is hereby respectfully requested that this Court enter an Order according to the Stipulation as set forth herein, extending the time for Plaintiff to respond to Defendants' Motion to Dismiss Complaint (Document 16) to **April 16, 2020**.

DATED this 8th day of April, 2020.

**CALLISTER LAW GROUP**

/s/ *Mitchell S. Bisson*
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
330 E. Charleston Boulevard, Suite 100
Las Vegas, NV  89104
*Attorney for Plaintiffs*

DATED this 8th day of April, 2020.

**HALL JAFFE & CLAYTON, LLC**

/s/ *Kevin S. Smith*
Kevin S. Smith, Esq.
Nevada Bar No. 007184
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: April 22, 2020