# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHONDELL PITTS, individually and as legal guardian of P.P., <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada; JOSEPH LOMBARDO, Sheriff of Clark County, Nevada; DAVID NESHEIWAT, individually and in his official capacity; FUELZONE MART 2, LLC, a Nevada limited liability company; DOE CLERK, an individual and DOES 1 through 10, <br><br> Defendant. | 2:19-cv-01974-JCM-VCF <br><br> **ORDER** |

Before the Court is Defendant FuelZone Mart 2, LLC's Demand for Prior Pleadings and Discovery (ECF NO. 33).

Fed. R. Civ. P. 5(d)(1)(A) states, any paper after the complaint that is required to be served—must be filed no later than a reasonable time after service. But disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission.

Under LR 26-7, originals of responses to written discovery requests must be served on the party who served the discovery request, and that party must make the originals available at the pretrial hearing, at trial, or when ordered by the court. In addition to the documents listed in Fed. R. Civ. P. 5(d)(1)(A), deposition notices and deposition transcripts must not be filed with the court until they are used in the proceeding, unless the court orders otherwise.

Here, this is a request for discovery.

Accordingly,

The Clerk of Court is directed to strike Defendant FuelZone Mart 2, LLC's Demand for Prior Pleadings and Discovery (ECF NO. 33) from the docket.

DATED this 8th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE