# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHONDELL PITTS, individually and as legal guardian of P.P., <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICEDEPARTMENT, a political subdivision of ClarkCounty, Nevada; JOSEPH LOMBARDO,Sheriff of Clark County, Nevada; DAVIDNESHEIWAT, individually and in his officialcapacity; FUELZONE MART 2, LLC, a Nevadalimited liability company; DOE CLERK, anindividual and DOES 1 through 10, <br><br> Defendants. | 2:19-cv-01974-JCM-VCF <br> **ORDER** |

    Before the Court is FuelZone Mart 2, LLC's Motion to Compel Plaintiff's Initial Disclosures of Witnesses and Documents and Motion for Sanction (ECF No. 35).

    In FuelZone's reply, it states that is withdrawing the instant motion and withdraws any request for sanctions under FRCP 37.  (ECF N0. 40 at page 3).  The court will construe ECF No. 40 as a reply and a request to withdraw the motion to compel and motion for sanction.

    Accordingly,

    IT IS HEREBY ORDERED that FuelZone's Motion to Compel Plaintiff's Initial Disclosures of Witnesses and Documents and Motion for Sanction (ECF No. 35) is WITHDRAWN.

    DATED this 20th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE