MITCHELL S. BISSON, ESQ.
Nevada Bar No. 011920
LAW OFFICES OF MITCHELL S. BISSON
911 N. Buffalo Dr., Ste. 201
Las Vegas, NV 89128
Tel. No.: (702) 602-4990
Email: Mbisson@BissonLegal.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHONDELL PITTS, individually and as legal guardian of P.P., <br><br>Plaintiffs, <br><br>v. <br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada; DAVID NESHEIWAT, individually; FUELZONE MART 2, LLC, a Nevada Limited Liability Company; ALLEN JACKSON, an individual; DOES 1 through 10, <br><br>Defendants. | CASE NO.: 2:19-cv-01974 |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DOC. 57
MOTION FOR SUMMARY JUDGMENT
(FIRST REQUEST)**

Plaintiffs Shondell Pitts and P.P. ("Plaintiffs"), by and through their attorney of record, Mitchell S. Bisson, Esq. of the Law Offices of Mitchell S. Bisson, and Defendants Las Vegas Metropolitan Police Department and Ofc. Nesheiwat ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach Coffing, submit this Stipulation and Order to Extend Time to Respond to Doc. 57 Motion for Summary Judgment.

Currently, the deadline to respond to Defendants' Motion for Summary Judgment is November 29, 2021. The parties respectfully request that the time for Plaintiffs to respond to LVMPD Defendants' Motion for Summary Judgment (Doc. 57) be extended **until December**

**17, 2021**.  The parties further request that the time for Defendants to file a Reply also be extended accordingly.

The parties state that good cause exists for the requested extension.  The holiday weekend is approaching, and Plaintiffs' counsel has represented he will be out of the jurisdiction the first week or so of December.

This extension request is made in good faith, jointly by the parties, and not for the purposes of delay.  The parties will not be prejudiced by this extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline for Plaintiff to file a response to Doc. 57 up to and including December 17, 2021, and that Defendants time to file a Reply be extended accordingly.

IT IS SO STIPULATED this 24th day of November, 2021.

| LAW OFFICES OF<br>MITCHELL S. BISSON | MARQUIS AURBACH COFFING |
|---|---|
| */s/ Mitchell S. Bisson*<br>MITCHELL S. BISSON, ESQ.<br>Nevada Bar No. 11920<br>911 N. Buffalo Dr., Ste. 201<br>Las Vegas, NV 89128<br>*Attorney for Plaintiffs* | */s/ Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorney for Defendants LVMPD*<br>*and Ofc. Nesheiwat* |

### ORDER

IT IS SO ORDERED  November 29, 2021.

_____
United States District Court Judge

Re: [External] Request to Extend Time for Respond to Motion for Summary Judgment, Case 2:19-cv-01974-JCM-VCF

Craig Anderson <canderson@maclaw.com>

Wed 11/24/2021 12:27 PM

To: Matthew Hughes <hughes@bissonlegal.com>
Cc: Sherri Mong <SMong@maclaw.com>; Mitchell Bisson <mbisson@bissonlegal.com>

Good by me

Sent from my iPhone

> On Nov 24, 2021, at 9:41 AM, Matthew Hughes <hughes@bissonlegal.com> wrote:
>
>
> Mr. Anderson,
>
> Here attached is the Stipulation and Order to Extend Time to Respond to Motion for Summary Judgment, which you and Mitch discussed. Please review. Let us know if we have your approval to submit with you electronic signature! Thanks.
>
> Matthew Hughes, Law Clerk for
> Mitchell S. Bisson, Esq.
> LAW OFFICES OF MITCHELL S. BISSON
> 911 N. Buffalo Dr., Ste. 201
> Las Vegas, NV 89128
> (702) 602-4990
>
> ---
>
> **From:** Mitchell Bisson <mbisson@bissonlegal.com>
> **Sent:** Tuesday, November 23, 2021 12:30 PM
> **To:** Matthew Hughes <hughes@bissonlegal.com>
> **Subject:** FW: [External] Activity in Case 2:19-cv-01974-JCM-VCF Pitts et al v. Las Vegas Metropolitan Police Department et al Motion for Summary Judgment
>
> Later on today or tomorrow can you crank out an SAO for this? See below.
>
> ---
>
> **From:** Craig Anderson <canderson@maclaw.com>
> **Sent:** Tuesday, November 23, 2021 10:37 AM
> **To:** Mitchell Bisson <mbisson@bissonlegal.com>
> **Cc:** Sherri Mong <SMong@maclaw.com>; Matthew Hughes <hughes@bissonlegal.com>
> **Subject:** Re: [External] Activity in Case 2:19-cv-01974-JCM-VCF Pitts et al v. Las Vegas Metropolitan Police Department et al Motion for Summary Judgment
>
> No problem.
>
> Sent from my iPhone