**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police Department and Ofc. Nesheiwat

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHONDELL PITTS, individually and as legal guardian of P.P., <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada; DAVID NESHEIWAT, individually and in his official capacity; FUELZONE MART 2, LLC, a Nevada limited liability company; ALLEN JACKSON, an individual and DOES 1 through 10, <br><br> Defendants. | Case Number: <br> 2:19-cv-01974-JCM-VCF |

### STIPULATION AND ORDER TO DISMISS DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND DAVID NESHEIWAT *ONLY* WITH PREJUDICE

Plaintiff Shondell Pitts, individually and as legal guardian of P.P., by and through her attorney of record, Mitchell S. Bisson, Esq. of Law Offices of Mitchell S. Bisson, and Defendants Las Vegas Metropolitan Police Department ("LVMPD") and David Nesheiwat, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, hereby stipulate that ***only*** Defendants LVMPD and David Nesheiwat shall be dismissed with prejudice from the above-referenced matter; and

/ / /

/ / /

MAC:14687-156 4640352_1 3/7/2022 3:45 PM

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 7th day of March, 2022.

| MARQUIS AURBACH | LAW OFFICES OF MITCHELL S. BISSON |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorney for LVMPD Defendants | By: *s/Mitchell S. Bisson* <br> Mitchell S. Bisson, Esq. <br> Nevada Bar No. 11920 <br> 911 N. Buffalo Dr., Ste. 201 <br> Las Vegas, Nevada 89128 <br> Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that ***only*** Defendants LVMPD and David Nesheiwat shall be dismissed with prejudice from the above-referenced matter; and

IT IS FURTHER ORDERED that all parties bear their own attorney fees and costs.

IT IS SO ORDERED March 11, 2022.

_____
United States District Court Judge

MAC:14687-156 4640352_1 3/7/2022 3:45 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816