STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
KEVIN S. SMITH
Nevada Bar No. 7184
ksmith@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants Fuelzone Mart 2, LLC and Allen Jackson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHONDELL PITTS, individually and as legal guardian of P.P., <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada; JOSEPH LOMBARDO, Sheriff of Clark County, Nevada; DAVID NESHEIWAT, individually and in his official capacity; FUELZONE MART 2, LLC, a Nevada limited liability company; DOE CLERK, an individual; DOES I through X, <br><br> Defendants. | CASE NO. 2:19-cv-01974-JCM-VCF <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS FUELZONE MART 3, LLC and ALLEN JACKSON ONLY** |

Defendants FUELZONE MART 2, LLC and ALLEN JACKSON, by and through their attorneys of record, STEVEN T. JAFFE, ESQ., and KEVIN S. SMITH, ESQ., of HALL JAFFE & CLAYTON, LLP; and Plaintiff SHONDELL PITTS, by and through her attorney of record, MITCHELL S. BISSON, ESQ. of LAW OFFICES OF MITCHELL S. BISSON, that Defendants FUELZONE MART 2, LLC and ALLEN JACKSON **ONLY** be dismissed with prejudice from all claims in this matter.

Pitts et al. vs. Las Vegas Metropolitan Police Department et al.
CASE NO. 2:19-cv-01974-JCM-VCF
Stipulation and Order Of Dismissal with Prejudice of Fuelzone Mart 2, LLC and Allen Jackson **ONLY**

Each party will bear their own attorney fees and costs.

**IT IS SO STIPULATED:**

Respectfully prepared by:

HALL JAFFE & CLAYTON, LLP

By: _____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
KEVIN S. SMITH, ESQ.
Nevada Bar No. 007184
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Defendants Fuelzone Mart 2, LLC and Allen Jackson*

Approved as to form and content:

MARQUIS AURBACH COFFING

    /s/ Craig R. Anderson
By: _____
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 0026882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Las Vegas Metropolitan Police Department and Officer David Nesheiwat*

Approved as to form and content:

LAW OFFICES OF MITCHELL S. BISSON

By: _____
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 011920
911 N. Buffalo Drive, Suite 201
Las Vegas, NV 89128
*Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation and good cause appearing, and because the dismissal of the claims between Defendants FUELZONE MART 2, LLC and ALLEN JACKSON **ONLY** be dismissed with prejudice from all claims in this matter, each side to bear its own fees and costs.

DATED March 11, 2022.

_____
U.S. District Judge